BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>FERNANDO SANCHEZ,<br><br>              Defendant. | CASE NO. 1:99-CR-05103-06 AWI<br>CASE NO. 1:99-CR-05064-01 AWI<br><br> ORDER RELATING CASES<br><br>[Local Rules 123(a)(4), (c), (f)] |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>FERNANDO SANCHEZ-MADUENO,<br>    aka Pablo Valencia,<br>    aka Fernando Sanchez,<br>    aka Fernando Manueno Sanchez,<br><br>              DEFENDANT. | CASE NO. 2:15-CR-00075 JAM |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States on June 19, 2015, the Court finds that the criminal case captioned United States v. Sanchez-Madueno, No. 2:15-cr-00075 JAM (E.D. Cal.) is related to the pending supervised release violation at issue in United

[Proposed] Order Relating Cases                    1

States v. Sanchez, Nos. 1:99-CR-05103-06 AWI (E.D. Cal.) and 1:99-CR-05064-01 AWI (E.D. Ca.) within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.  Based on this finding, pursuant to Local Rule 123, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reassign United States v. Sanchez-Madueno, No. 2:15-cr-00075 JAM (E.D. Cal.), to the Honorable Anthony W. Ishii, United States District Judge; and

2. The Clerk of the Court shall make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  6/19/2015

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE