HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FERNANDO SANCHEZ-MADUEÑO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO SANCHEZ-MADUEÑO,<br><br>Defendant. | Case No.  1:99-cr-5103-AWI; 1:99-cr-5064-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE HEARINGS RE VIOLATIONS OF SUPERVISED RELEASE**<br><br>Date:   January 19, 2016<br>Time:  1:30 P.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Fernando Sanchez-Madueño, that the hearing re violation of supervised release in both cases currently set for November 23, 2015 at 10:00 a.m., **may be rescheduled to January 19, 2016, at 1:30 p.m.**

This stipulation is at the request of both parties, due to the receipt of additional discovery that neither party was previously aware of.  Both parties require additional time to review the discovery and prepare for the hearing in this matter.

///

///

///

///

It is therefore respectfully requested that this matter be rescheduled to January 19, 2016.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  November 19, 2015          /s/ *Kathleen Servatius*
                                        KATHLEEN SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date:  November 19, 2015           */s/  Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        FERNANDO SANCHEZ-MADUEÑO


## **O R D E R**

    For the reasons set forth above, the requested continuance is granted for good cause. The hearing currently set for November 23, 2015, is continued to January 19, 2016, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  November 20, 2015                                    
                                        SENIOR  DISTRICT  JUDGE